No. 157, Misc. INTERSIMONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Menahem Stim* for petitioner. *Solicitor General Soberloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 181, Misc. NEIGUT *v.* KEARNEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 211, Misc. LIPSCOMB *v.* MADIGAN, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Soberloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 213, Misc. UNITED STATES EX REL. LILYROTH *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied. *Wesley G. Hall* for petitioner.

No. 227, Misc. WOODY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 237, Misc. MORGAN *v.* CITY OF NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se. Peter Campbell Brown, Seymour B. Quel* and *John A. Murray* for respondent.

No. 260, Misc. FOSTON *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *William R. Ellis* for petitioner.